UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

FILED
U.S. DISTRICT COURT
NORTHERN DIST. OF TX
FT. WORTH DIVISION

2013 NOV 18  AM 11: 16

CLERK OF COURT

| | | |
|---|---|---|
| ROBERT BROOKS | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 4:13-CV-00496-A |
| | § | |
| GC SERVICES, LIMITED PARTNERSHIP | § | |

### STIPULATION OF DISMISSAL OF ACTION WITH PREJUDICE
### PURSUANT TO RULE 41(a)

Plaintiff, ROBERT BROOKS, and Defendant, GC SERVICES, L.P., file this stipulation of dismissal, with prejudice, pursuant to Fed. R. Civ. P. 41(a).

1. Robert Brooks is the plaintiff. GC Services, L.P. is the defendant.

2. On or about June 18, 2013, Plaintiff sued Defendant.

3. Plaintiff moves to dismiss the suit as to all parties.

4. Defendant, who has answered, agrees to the dismissal.

5. This case is not a class action, and a receiver has not been appointed.

6. This action is not governed by any statute of the United States that requires an order of the court for dismissal of this case.

7. Plaintiff has not dismissed an action based on or including the same claim or claims as those presented in this suit.

8. This dismissal is with prejudice.

Respectfully Submitted

KYLE MATHIS & LUCAS, LLP

By: _____
KIM LUCAS
State Bar No. 14991480
8226 Douglas Ave., Suite 450
Dallas, TX 75225
Tel. (214) 706-7600
Fax. (214) 706-7622
Klucas@kylemathis.com

COUNSEL FOR PLAINTIFF
ROBERT BROOKS


SPROTT RIGBY NEWSOM ROBBINS
& LUNCEFORD, PC

By: _____
KANDY E. MESSENGER
State Bar No. 24053350
2211 Norfolk Suite 1150
Houston, Texas   77098
Tel:  (713) 523-8338
Fax:  (713) 523-9422
Cell: (281) 830-0402
messenger@sprottrigby.com

COUNSEL FOR DEFENDANT
GC SERVICES, LP

THE BERRY LAW FIRM, PLLC

By: /s/ Andrew Leibowitz
Andrew Leibowitz
SBN: 24054509
Donnie Apodaca
SBN: 24082632
1412 Main Street, Suite 2300
Dallas, Texas 75202
Tel. 214-915-9806
Fax. 214-752-8250
leibowitz@berryfirm.com

LOCAL COUNSEL FOR DEFENDANT
GC SERVICES, LP

## CERTIFICATE OF SERVICE

The undersigned does hereby certify that on the 18th of **November, 2013**, I served a true and correct version of this document to the following:

Kandy E. Messenger
SPROTT RIGBY NEWSOME ROBBINS & LUNCEFORD PC
2211 Norfolk Suite 1150
Houston, Texas 77098
Tel: (713) 523-8338
Fax: (713) 523-9422
Attorney for Defendant

Andrew Leibowitz
THE BERRY LAW FIRM, PLLC
1412 Main Street, Suite 2300
Dallas, Texas 75202
Tel. 214-915-9806
Fax. 214-752-8250

/s/ Kim Lucas
Kim Lucas

Page 3 of 4