IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION



| | | |
|---|---|---|
| ROBERT BROOKS, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | NO. 4:13-CV-496-A |
| | § | |
| GC SERVICES, LIMITED PARTNERSHIP, ET AL., | § | |
| | § | |
| Defendants. | § | |

### FINAL JUDGMENT

Consistent with the stipulation of dismissal of action with prejudice pursuant to Rule 41(a) filed by plaintiff, Robert Brooks, and by defendant GC Services, Limited Partnership, on November 18, 2013,

The court ORDERS, ADJUDGES, and DECREES that the above-captioned action be, and is hereby, dismissed with prejudice.

SIGNED November 18, 2013.

JOHN McBRYDE
United States District Judge